### ROARK, Appellant, v. LYLE, Coroner, Appellee.

Ohio Appeals, First District, Hamilton County.

No. 7630.   Decided November 17, 1952.

J. W. Brown, Ben Gettler, Cincinnati, for appellant.
C. Watson Hover, Wm. J. Schmid, Cincinnati, for appellee.

### APPEAL ON QUESTIONS OF LAW
### OPINION

Per CURIAM.

The judgment in this case is affirmed in accordance with the reasoning and conclusions contained in the case of State, ex rel. **Dana v. Gerber, 79 Oh Ap, 1, 34 O. O. 48.**

HILDEBRANT, PJ, MATTHEWS, J, concur.